# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

LEVITICUS PRUITT
Name under which you were convicted

217910
Your prison number

CIVIL ACTION NO. 14-79-CG-N
(To be supplied by Clerk of Court)

vs.

Mr. Panzella Howard ET AL
Name of Defendant(s)
DEFENDANTS

"Jury Trial Demanded"
certify no class action

3700 Holman Unit Atmore, Al 36503
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 4/10/06

E.  Pleading the Complaint.  Your complaint should not contain legal arguments, case law or statutory citations.  You are required to provide facts.  Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F.  Fees.  This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs.  A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint.  This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00.  If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint.  Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G.  Form of Pleadings.  All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten.  Every document filed after the complaint must have the style of the case and the docket number.  Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken.  See Fed. R. Civ. P. 11(a).  No notary is required.

H.  Certificate of Service.  Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading will be stricken if it does not contain this certificate of service.  See Fed. R. Civ. P. 5.

I.  Copies.  This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J.  Form of Pleadings.  Do not write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K.  No Evidence.  No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( )      No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes (✓)      No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _Leviticus Pruitt V. Grant Culliver Etal_

Defendants: _Don't remember_

2. Court (if federal court, name the district; if state court, name the county): _southern district the southern division_

3. Docket Number: _Don't remember_

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )   No ( )

5. Name of judge to whom the case was assigned: _Don't remember_

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_It was dismissed do to not filing a response donot know laws er to litigate lawsuits have to have inmates help_

7. Approximate date of filing lawsuit: _don't remember_

8. Approximate date of ruling by court: _Don't remember_

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman Unit

B. Date it occurred: Dec. 14th 2013

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X) And No (X) ALDoc do not have an grievance procedure / But, I did State Verbally to the Officer's that I didn't belong Among Death Row Inmates, on Death Row / And

E. If your answer is YES: I Also told the psychological I Ms. Dodds that I suffered Pshcological Trauma. by me being on death Row Among Death Row Inmates, when the Incedent occurred. And she state that

   1. What steps did you take? "I will be oikey" As if she didn't care about my Systoms.

   2. What was the result? I was told that there Not much they can Do about it.

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

"Leviticus Pruitt" B/m # 217910 ask this honorable cuort cuort to Certify his claims As a class Actice As these claims conditions relate to "Michael D. Thomas B/m # 219612 As we both have the same claims Against Captian Ron Zells. Howard    "SEE Attachment Complaint" submitted

4

## III. PARTIES.

A. Plaintiff (Your name/AIS): Leviticus Pruitt #217910

    Your present address: 3700 Holman Unit Atmore, Al 36053

B. Defendant(s):

1. Defendant (full name) Ms. Ranzella Howard is employed as Captain at W.C. Holman.

    His/her present address is Holman 3700, Atmore, Alabama 36503.

    (a) Claim against this defendant: The deliberate indifference of All defendants to the Substantial Risk of Serious harm. See Attachment Complaint

    (b) Supporting facts (Include date/location of incident):

Housing SeggPopulation Regular inmates on deathRow medical Unit Amongst death Row inmates. As Plaintiffs Leviticus M. Pruitt #217910 Blm And Michael D. Thomas #219600 Blm And See: Complaint Attachment to this form

2. Defendant (full name) Lesleigh Dodd is employed as Mental Health Supervisor at W.C. Holman Facility.

    His/her present address is Holman 3700, Atmore Alabama 36502.

    (a) Claim against this defendant: See Attachment Complaint

    (b) Supporting facts (Include date/location of incident):

Housing SuppPopulation inmates on deathRow medical Unit Amongst deathRow inmates Plaintiffs Leviticus M. Pruitt #217910 Blm And Michael D. Thomas #219600 Blm See Attachment Complaint

3. Defendant (full name) Mr. Hamaton is employed as Lieutenant at W.C. Holman.

    His/her present address is Holman 3700, Atmore Alabama 36503.

    (a) Claim against this defendant: See: Attachment Complaint

5

(b)  Supporting facts  (Include date/location of incident):

Housing seg/population inmates on deathrow. medical-unit Amongst deathrow inmates Plaintiff Leviticus M. Pruitt #217810 B/m And Michael D. Thomas #219602 B/m. See: Attachment Complaint

C.  Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above). Continue on paper ⟶

IV.  A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Murder, Burglary +

2. When were you convicted?  07/03/01

3. What is the term of your sentence?  Life

4. When did you start serving this sentence?  2001

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )      No (✓)

If so, complete the following:

(a)  Date of conviction:  N/A

(b)  Term of sentence:  N/A

6.  What is your expected end of sentence (E.O.S.) date?  N/A

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |
| Writ of habeas corpus granted | yes( ) no( ) | yes( ) no( ) |

6

III. Parties

Continue

B. Defendants

4. Defendant Ms. Gamble is Employed As 1

At. W.C. Holman

His/Her Address is Holman 3700. Atmore, Alabama 36503.

Claims Against the defendant: See: Attachment

Complaint

(b) Support facts

Housing Seg/population Regular inmates on deathrow - Medical - Unit Amongst deathrow inmates As Plaintiffs Leviticus M. Pruitt #217910 B/m And Micheal D Thomas #219602 B/m See: Complaint Attachment


5. Defendant Mr D. Fountain is Employed As Sergeant

At W.C. Holman.

His/Her Address is Holman 3700. Atmore, Alabama 36503.

Claims Against the defendant: See: Complaint Attachment

(b) Supporting facts

Housing Seg/population Regular inmates on deathrow. Medical - Unit Amongst deathrow inmates As Plaintiffs Leviticus M. Pruitt #217910 B/m And Micheal D. Thomas #219602 B/m See: Complaint Attachment


6. Defendant Mr. Ammons is Employed As Sergeant

At W.C. Holman.

His/Her Address is Holman 3700. Atmore Alabama 36503.

Claims Against the defendant: See: Complaint Attachment

(b) Supporting facts

Housing Seg/population Regular inmates on deathrow Medical - Unit Amongst deathrow inmates As plaintiffs Leviticus M. Pruitt #217910 # B/m And Micheal D. Thomas #21902 B/m See: Complaint Attachment.

7. Defendant Ms. E. Whittle is Employed As Sergeant At W.C. Holman His/Her Address is Holman 3700 Holman. Atmore, Alabama 36503.
Claims Against the defendant: See: Complaint Attachment

(b) Supporting Facts
Housing Seg/population Regular inmates on deathrow Medical Unit Amongst deathrow inmates As Plaintiffs Leviticus M. Pruitt #212910 B/m And Michael D. Thomas #219602 B/m See: Complaint Attachment.


8) Defendant Mr. Lassiter is Employed As Sergeant At W.C. Holman His/Her Address is Holman 3700. Atmore, Alabama 36503.
Claims Against the defendant: See: Complaint Attachment.

(b) Supporting Fact
Housing Seg/population Regular inmates on deathrow Medical Unit Amongst deathrow Inmates As Plaintiffs Leviticus M. Pruitt #217910 B/m And Michael D. Thomas #21602 B/m See: Complaint Attachment


9. Defendant Mr. Moore is Employed As C.O.I Correction officer At W.C. Holman. His/Her Address is Holman 3700. Atmore, Ala 36503.
Claims Against the defendant: See: Complaint Attachment

(b) Supporting Fact
Housing Seg/population Regular inmates on deathrow Medical Unit Amongst deathrow Inmates As Plaintiffs Leviticus M. Pruitt #21790 B/m And Michael D. Thomas #219602 B/m See: Complaint Attachment.

10. Defendant _Mr. T. McCants_ is Employed As _CO I. Correction officer_ At W.C. Holman. His/Her Address is Holman 3700, Atmore, Alabama 36503 Claims Against the defendant: SEE: Complaint Attachment

(b) Supporting facts

Housing Seg/Population Regular inmates on death row Medical unit Amongst death row Inmate As Plaintiffs Leviticus M. Pruitt #217916 B/m And Micheal D. Thomas #219602 B/m: SEE: Complaint Attachment.


11. Defendant _Mr. M. Montgomery_ is Employed As _CO I Correction officer_ At W.C. Holman. His/Her Address is Holman 3700. Atmore Alabama 36503. Claims Against the defendant: SEE: Complaint Attachment

(b) Supporting facts

Housing Seg/Population Regular inmates on death row Medical unit Amongst death row Inmates As Plaintiffs Leviticus M. Pruitt #212910 B/m And Micheal D. Thomas # 219602 B/m: SEE: Complaint Attachment


12. Defendant _Mr. W. Harris_ is Employed As _CO I Correction officer_ At W.C. Holman. His/Her Address is Holman 3200. Atmore, Alabama 36503. Claims Against the defendant: SEE: Complaint Attachment

(b) Supporting facts

Housing Seg/Population Regular inmates on death row Medical unit Amongst death row Inmates As Plaintiffs Leviticus M. Pruitt #212910 B/m And Micheal D. Thomas # 219602 B/m: See Complaint Attachment

B. Defendant <u>Mr. Moody</u> is employed As <u>C.O.I Correction officer</u> At W.C.
Holman His/Her Address is Holman 3800, Atmore, Alabama 36503
Claims Against the defendant: <u>SEE: Complaint Attachment</u>

(b) <u>Supporting facts</u>

Housing Seg/Population Regular inmates on deathrow Medical Unit Amongst
deathrow Inmates As Plaintiffs Leviticus M. Pruitt #217910 B/m. And Michael
D. Thomas # 215602 B/m <u>SEE: Complaint Attachment</u>

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____N/A_____

_____

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

To stop the defendents from housing Regular inmates Seg/Population on death Row medical unit Amongst deathrow inmates, to Award the Plaintiffs Compensatory Punitive, Nominal damages

**VI.  AFFIRMATION.**  By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

1/31/2014
Date

Ventres M. Pinto
(Signature of Plaintiff Under Penalty of Perjury)

3700 Holmen PRison
Current Mailing Address

Atmore Ala 36503

_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

7

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Leviticus M. Pruitt #217910 B/m
Michael D. Thomas # 219602 B/m,  COMPLAINT
        PLAINTIFF [S]               CIVIL ACTION NO:

V.S.                                  Jury Trial Demanded
Ms. Ronzella Howard ET. AL
    DEFENDANTS                         CLASS ACTION

## I. "Jurisdiction & Venue"

1.    This is a civil action authorized by 42 U.S.C.
Section 1983 to redress the deprivation, under
color of state law, of rights secured by the Con-
stitution of the United States. The court has
Jurisdiction under 28 U.S.C. section 1331 and 1343
(A)(3). Plaintiff's seeks declaratory relief
Pursuant to 28 U.S.C. section 2201 and 2202 ...
Plaintiff's claims for injunctive relief are
authorized by 28 U.S.C. section 2283 and 2284
and Rule 65 of the Federal Rules of Civil
Procedure.

-1-

2. The United States District Court for the southern District of ALABAMA southern Division is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

II. Plaintiff [S]

3. Plaintiff "LEVITICUS M. Pruitt AIS No: 217910 B/m is and was at all times mentioned herein a Prison of the State of ALABAMA Department of Correction's (AL.D.O.C.) W.C. Holman Correctional Facility, Holman 3700 Atmore, Alabama 36503 a Inmate serving a Life sentence ....

4. Plaintiff "michael D. Thomas AIS No: 219608 B/m is and was at all times mentioned herein a Prison of the State of ALABAMA Department of Correction (AL.D.O.C.) at W.C. Holman Correctional Facility, Holman 3700 Atmore, Alabama 36503 a Inmate serving a 20 year sentence ....

-2-

**4.**                  III. "DEFENDANTS"

5. Defendant. Mr. Donzella Howard is a Captain she is legally responsible for regular seg/ population inmates, and deathrow inmates and deathrow desegration inmates that's in deathrow and the welfare of all inmates housed at W.C. Holman Correction Facility, Holman 3700, Atmore, Alabama 36503

6. Defendant. Mrs. Dodd is a Psychological mental health specialist, she is legally responsible for the over all inmates health status, regular population inmates, and death-row inmates here at W.C. Holman Correctic Facility, Holman 3700, Atmore, Alabama 36503

7. Defendant. Mr. Hampton is a Lieutenant Correctional Officer of the state of Alabama W.C. Holman Correction Facility, Holman 3700 Atmore, Alabama 36503 and was assigned to the shift-office over regular seg/population inmates and deathrow which is separated from eachother

8. Defendant McGamble is a Lieutenant Correctional Officer of the State of Alabama W.C. Holman Correctional Facility, Holman 3700 Atmore, Alabama 36503, and was assigned to the shift office over regular seg/population inmates and deathrow which is separated from each other

9. Defendant Mr. Funston is a Sergeant of the State of Alabama at W.C. Holman Correctional Facility, Holman 3700 Atmore, Alabama 36503 and is assigned to the shift office on A-days over regular seg/population inmates and deathrow which is separated from each other

10. Defendant Mr. Ammons is a Sergeant of the State of Alabama at W.C. Holman Correctional Facility, Holman 3700 Atmore, Alabama 36503 and is assigned to the shift office, on A-nights over regular seg/population inmates and deathrow which is separated from each other.

-4-

11. Defendant Ms. E. Whittle, is a sergeant of the State of Alabama at W.C. Holman Correction Facility, Holman-3700 Atmore, Alabama 36503 and is assigned to the shift-office on A-nights over regular Seg/population inmates and deathrow which is separated from eachother

12. Defendant Mr. Lassiter is a sergeant of the State of Alabama at W.C. Holman Correction Facility, Holman-3700 Atmore, Alabama 36503 and is assigned to the shift-office on A-nights over regular Seg/population inmates and deathrow which is separated from eachother.

13. Defendant Mr. Moore is a correctional officer C.O.I. of the State of Alabama at W.C. Holman Correction Facility, Holman-3700 Atmore, Alabama 36503 is assigned to Seg/population and deathrow which is separated from eachother

14. DEfendant Mr. I. McCants, is a correctional officer C.O.I. of the state of Alabama at W.C. Holman Correctio Facility, Holman-3700 atmore, Alabama, 36503 is assigned to Seg1 population and deathrow which is separated from Eachother ...

15. DEfendant Mr. M. Montgomeri is a correct-iunal officer C.O.I. of the state of alabama at W.C. Holman Correctio Facility, Holman-3700 atmore, alabama 36503 is assigned to Seg1 population and deathrow which is separated from Eachother ...

16. DEfendant Mr. W. Harris, is a correctio officer CO.I of the state of alabama at W.C. Holman Correctio Facility, Holman-3700 atmore, alabama 36503 is assigned to Seg1 population and deathrow which is separated from Eachother ...

17. DEfendant Mr. Mundy, is a correctio officer C.O.I of the state of alabama at W.C. Holman Correctio Facility, Holman-3700 atmore, alabama 36503 is assigned to Seg1 population and deathrow which is separated from Eachother ...

-6-

18. Each defendants is sued individually and in his or her individual and official capacity... At all times mentioned in this complaint each defendant acted under the color of state law...

"IV. Factual Allegations"

Substantial risk of serious harm at W.C. Holman Correctional Facility; regular seg/population unit of inmates being place on deathrow, with deathrow inmates....

"Leviticus M. Pruitt" # 217910 ⁰/m

I am serving a life sentence, and is not a deathrow-inmate and was housed on deathrow-medical-unit inside a "censor cell" cell-1-2 on deathrow, which I communicated verbally to officials as they exposed me to a substantial risk of serious harm, by having me amongst deathrow inmates

19.
On December 5th 2013, I inmate "Leviticus M. Pruitt # 217910 ⁰/m was having suicidal thoughts, because of family issues, I informed Sergeant Sgt. D. Frinston of my Problems...

20. He then also escorted me to the W.C. Holman medical infirmary to be examined and to have a "bodychart" done

21. The Psychological mental health specialist Mr. Dodd's had advised and authorize Sergeant Sgt. D. Fountain to have me place inside a cacoro-cell-a suicidal cell-located on deathrow, amongst deathrow inmates..

22. Sergeant Sgt. D. Fountain had me stripped of all my clothing leaving me butt-naked and given a suicidal towle (gown) to put on, and a suicidal Blanket to cover-up with at night

23. Sergeant Sgt. D. Fountain, searched my body to make sure I didn't have no weapons or anythings else holding on me. Sgt. Fountain searched the suicidal-cacoro-cell no require-e, from the back of the-suicidal cell to the Fount of the cell to make sure nothing was in it for me to try to harm myself with or anyone else, I was then placed in cell-P-2 on deathrow unit

-8-

24. I Leviticus M. Pruitt # 217910 B/m who Placed in a suicidal-crisis-cell (P-7) on deathrow. that housed on deathrow medical Unit P-1 side amougst where deathrow inmates are housed at...

"Michael D. Thomas" # 219608 B/m
I am serving a 21 years sentence, and I am not a deathrow-inmate and who also housed on deathrow-medical-Unit inside a crisis cell- which is a suicidal-cell, I was next door to inmate Leviticus M. Pruitt, I was in "crisis-cell # P-8 which I did to communicated verbally to Officials as I fear of being Place on deathrow, as this exposed me to a substantial risk of serious harm, by having me amougst deathrow inmates...

35. On December 11th 2013. I inmate Michael Thomas # 219608 B/m who having suicidal thoughts and informed Lieutenant L.T. Hampton of my Problems.

-9-

26. "Lieutenant L.I. Hampton", and Officer C.O. Raine, escorted me to W.C. Holman infirmary to be examined and to have a bodychart done.

27. The nurse called one of the Psychological mental Health-staff and advised "Lieutenant L.I. Hampton" to have me placed on the crisis cell which is a suicidal cell. and had me to strip off all my clothes leaving me butt-naked and gived a suicidal towel (Gown) to put on. and a suicidal blanket to cover-up with...

28. "Lieutenant" L.I. Hampton searched my body to make sure I didn't have no weapons, or anything else hidding on me. "Lieutenant L.I. Hampton" searched the suicidal-cell as ecewise from the back of the cell to the front of the cell to make sure nothing was in it for me to try to harm myself or others. I was then place in the suicidal crisis-cell; cell # P-3 which is located on the deathrow medical P-1-unit amongst deathrow inmates, that can get to me.

29. On or about December 14th, 2013 at 3:30AM to or about 4:00AM Right after "Sergeant Sgt. Ammons served us breakfast on the deathrow Unit

30. We over heard two deathrow inmates talking to one another, stating as such: who the fuck this administration have two regular segregation/population inmates on our unit when they arent deathrow inmates. Plus that exist a suicide cell to put deathrow inmates only when we having problems, not the seg/ population inmates that doesn't have a death-sentence

31. We also over heard one of the deathrow inmates yelled he was fed-up with population segregation inmates being on they unit, and stated lets get they ass off our-unit, for I will one of those brothed, I aint got nothing to lose

-11-

32. The deathrow inmates started rattling there cell bar's. Sergeant Sgt. Ammons and Sergeant Laositee came to see what was going on and to see what was the Problem. the deathrow inmates yelled and told Sgt. Ammons and Sgt. Laositee if they don't move these two regular segregation population inmates off of deathrow they will, and it was going to be some major Problems by having these inmates on deathrow-unit where they don't have a death-sentence and we on deathrow aint got shit to lose.

33. Sergeant Sgt. Ammons and Sergeant Sgt. Laositee advised all the deathrow inmates "stating": we don't have them down here that's Higher Officials and Psychological mental health-specialist Ms. Dodd, we cannot move them. We understand that they not suppose to be down here amongst you deathrow inmates, but we cannot do nothing. the sergeant's then turn-around and walked off.

-12-

34. Then All the deathrow inmates start throwing fire that was lit un-open-cans of soda, urine, towards the both of our crisis-cell's-cell# P-2 and P-3

35. Sergeant Andrews and Sergeant Lassiter came back with container's full of water and dashed on the burning material and walk-out the deathrow unit and turn the lights off

36. The deathrow inmates got more anger because of the sergeants not moving us and started throwing more burning material that was on fire/burning towards the both of our crisis cell's stating such words: We don't care about shit, you all getting your ass out of that "suicide crisis cell"

37. This time, this incident lasted about 30 to 40 minutes, before the sergeants Andrews and Lassiter came as we yelled for help, Sgt. Lassiter once again put the fire out with a container filled with water, putting the burning material out.

-13-

38. We advised both sergeants to move us, to another-unit, and told them we was not suppose to be on the deathrow unit because I, deathrow inmates and had told the other officials that had us put down here on deathrow. Sergeant Andrews and Lassiter told us you all should not stated you having suicide thoughts and walked out the deathrow unit again then was the lights off.

39. Deathrow Inmate Anthony Brow asked another deathrow inmate which was Michael Maxwell - Z-637 the deathrow medical unit Hall-runner was his cell door to still open and Michael Maxwell replied "Yes." We over heard the other deathrow inmate Anthony Bow replied back then you know what to do. the other deathrow inmate Maxwell replied back "I gotcha"...

seg/population Inmate "Michael D. Thomas #219602

40. Not thinking about what was said between the deathrow inmates. I Thomas was laying on my side trying to get some rest after →

-14-

everything was so-call back to normal as I thought. That's when I felt something real hot hit my right leg I instant jump-up and reached for my right leg which had burning material stuck on my leg. I knocked it off my leg onto the floor...

41. That's when I saw deathraw inmate Michael MAXWELL no-z-637 was standing infront of my corono-cell # P-3 with some more burning material. stating such comments: The both of you bitches going to get off the deathraw. Until even we have too know you a no in that corono-cell. I started screaming for a officer to help me

42 I witness with my own eye's after this deathraw inmate burned me as I was screaming for help, went to "Leutinaus Doytt coisio cell # P-2 and did the same thing burning him.

-15-

42. ses/population Inmate Levitreus Peatt # 217910 B/m

43. after hearing ses/population inmate Thomas # 219609 B/m screaming, as he was next-door to me in P-3 when I was in crisis cell # P-2. I got up outta the bed and walked towards the cell-bars to see what was going on, I seen deathrow inmate Michael Maxwell-z-637 with something in his hands that he had burning

44. Deathrow Inmate Michael Maxwell-z-637 stated to me: do you think for a second I forgotten about you, I'm going to burn your ass like I did your friend next-door to you

45. I turned to run-back farther to the end of my - crisis cell, thats when Michael Maxwell-z-637 burned me, I started screaming for help...

-16-

46. Fif-teed (15) minutes past as we both was yelling for help and still nobody came to see what was going on. thirty 30 minutes later "Sergeant Ammuns came to see why we were Screaming

47. I Leviticus Pruitt, advised Sergeant Ammuns that me and inmate Michael Thomas were burned with some kind of material that an deathrow inmate threw into our cell's and we need medical attention or to see someone about our injuries

48. "Sergeant Ammuns, stated you all will be okay. stop complaining, we must going to move you all Period!

49. I Leviticus Pruitt and inmate Michael Thomas again told "Sergeant Ammuns" that we been burned and that we need to get to the infirmary to be seen while you on. Sergeant Ammuns said again "ya will be okay" I am not going to take you all to the infirmary right now so just lay down, and he walked out the deathrow unit.

-17-

50. I Leviticus Pewitt and inmate Michael Thomas was made and had to suffer in pain until the First shift Officials come back to work which was A-days shift.

51. As Officer C.O.I McCants came Around for the morning bed-check on the deathrow units I Leviticus Pewitt and inmate Michael Thomas informed "Officer C.O.I. McCants of our injures from the night when Sergeant Ammons was working as he did not get us medical attention, and showed "Officer C.O.I. McCants

52. Officer C.O.I McCants called the supervisor on duty which was "Sergeant Sgt. Fountain. Sgt. Fountain had Officer C.O.I. M. Montgomery and Officer C.O.I. W. Harris to escort us one by one to W.C. Holman infirmary to be examine and to have my body-chart done.

53. I Leviticus Pewitt, was seen by Nurse ms. Walls which she only placed cream over the burned spots on my leg, that I suffer in "Sergeant Ammons shift which is A-nights, The nurse then sent me back...

54. As I Leviticus Pruitt was being escorted
back from the W.C. Holman Infirmary, I over
heard Officer C.O.I. M. Montgomery telling
Officer C.O.I. W. Harris making comments:
"Man those deathrow inmates are killers,
they do not Play, they are dangerous and
they kill you etc. etc. and Officer Cpt. W. Harris
an Agreement status that's why they in
deathrow and resume seg/population inmates
should not be around them whatsoever

55. I Leviticus Pruitt advised the Officers I
need to stop by the shift-commander-office
to get off of that deathrow Unit for
something else happen to me and inmate
Thomas

56. When I came to the shift-commander-office
that's located in deathrow-Unit, I explain
to Sergeant Fountain and Lieutenant Gamble
about what happen to me and inmate Thomas
and showed the both of them my injuries
from being set on fire by an deathrow
inmate. They asked them do they suppose
to take Pictures of our injuries, they replied
NO!

-19-

57. I Leviticus Pruitt ask them both can they move me and inmate Thomas off deathrow medical Unit, to Prevent, Further Problems From occurring. by Putting us on B1-side away from the deathrow inmates (which is Empty cell's

58. I Leviticus Pruitt. also, told both Sgt. Fountain and Lieutenant Gamble I Fear For my Life by being on deathrow Unit when I am a regular seg/population inmate. Thats says thought something as I was Place in that crisis-suicide-cell and now I have to go through being assaulted as I was set on Fire by a deathrow inmate

59. I Leviticus Pruitt asked to be moved and was denied by Lieutenant Gamble as she told me I will be Place back on deathrow medical Unit in the same crisis suicide cell. and that they was going to lock-down the deathrow medical Unit hall runwel. "Michael Maxwell #-Z-637 w/m" in his cell.

-30-

60. "Lieutenant Gamble" and Sergeant Fountain told Office C.O.1 M. Montgomery and Office C.O.1 W. Harris to Escort me "Leviticus Pruitt" to deathrow medical Unit P-1 side, to be Place back in the celb10-suicide-cell# (P-2)....

61. As I was Place back into the celb10-suicide-cell# (P-2) on deathrow medical Unit, I observe and witness they Officer C.O.1 M. Montgomery and Office C.O.1 W. Harris Pull Inmate Michael Thomas # 219602 B/m out of-celb10-suicide-cell# (P-3) to go to W.C. Holman-infirmary, fue his injuries, of being burned by "deathrow Inmate Michael Maxwell deathrow A26-2-637 w/m

Michael Thomas # 219602 B/m
Seg/population Inmate

62. After Office C.O.1 M. Montgomery and Office C.O.1 W. Harris Put inmate Leviticus, Pruitt back into celb10-cell# (P-2). I michael Thomas # 219602 B/m was Pull-out to go to W.C. Holman infirmary fue the Burn injuries I suffer By deathrow inmate michael Maxwell deathrow A26-2-637 w/m

-21-

63. While I michael Thomas #219602 B/m was at W.C. Holman infirmary, I too was examine by nurse Ms. Walls for my burn injuries and had a body chart done.

64. Nurse Ms. Walls only wiped the injuries that I suffer burned spots at, she apply cream over my legs and right foot, and I was escorted back by Officer C.O.1 M. Montgomery and Officer C.O.1 W. Harris

65. As I was being escorted by Officer coz M. Montgomery and Officer C.O.1 W. Harris I asked to speak to a supervisor on duty, as to request to be moved from the deathrow-medical-Unit, because of what happed to me by deathrow inmates

66. And advised Officer C.O.1 M. Montgomery that I aint going-back in that cell-around the deathrow inmates. Officer C.O.1 M. Montgomery told me he aint calling no supervisor and that I'm going in that cell freely or Forceful, because he don't have time for the bull-shit...

-38-

67. I told Officer C.O.I. M. Montgomery I Fear For my Life, I aint trying to die in prison, Officer C.O.I M. Montgomery, said understand this inmate Thomas, the guy next door to you that also getted seed by the nurse. I inmate Thomas said you talking about "Leviticus Pruitt", that sleep next to me on deathrow medical Unit (P-2) cojoro suicide cell, officer M. Montgomery said yes, him, well inmate Thomas, he seed "Lieutenant Gamble, and "Sergeant Faunter, and they "denied "inmate Pruitt of moving off deathrow unit, so do you think you any different then inmate Pruitt he started laughing and told me don't say nothing to deathrow inmates cause those dudes are Killed!

68. Officer M. Montgomery continue to talk and told me, why do you think they all on deathrow for being "nice to people" listed inmate Thomas the only one that can move you and inmate Pruitt off of deathrow that understand and knows that you all not suppose to be on the deathrow unit caused these inmates accordes to Prison Policy is "Captain Ms. Howard one is over all (Inmate Segregation) back hear and deathrow area    -23-

69. I michael Thomas # 219609 ask Officer C.O.E. M. Montgomery and told him "Mental Health supervisor Mrs. Leokiah Dodd had me and Fourth Place on deathrow-medical-unit in these colsig cells on the suicide watch, he said that might be so, but captain Mrs. Howard is over-desperatic and deathrow area, and the both of them could have alowd you all to bee on the suicide-watch within your own seg cell's not down here on deathrow, those colsig cell's is not made for you all to be place, into only fee deathrow inmates if they have suicidal thoughts, mental health supervisor Mrs. Leokiah Dodd and Captain Mrs. Howard knows this, the practice of putting you all down on deathrow amongst deathrow inmates has been going on a while and they going to Justify they practice of putting you all, down here fee medical purpose, but thats not so, because the policy states you all, is not suppose to be around deathrow inmates period". don't tell nobody I told you this, but captain Mrs. Howard knew this to be true...

-24-

70. Officer M. Montgomery, told me as he released me, By statins: _inmate Thomas do not forget what I told you. Now lets go,_ so I walked back to the _caring-suicide-cell# P.3" on deathrow Unit P-1_, after hours getting burned by a deathrow inmate ...

71. At-nights shift came back in with sergeants Sgt. Amamo, and Sgt. Lottee, and all the deathrow inmates started back throwing burning material at me _caring-suicid-cell's_ both sergeants came on deathrow P-1 Unit with a container full of water and dashed it on the _burning material_ and turn and walked off without someone monitoring us

72. I inmate Michael Thomas and _Leviticus Fourth_ had to stay close to the cell door's all night to make-sure no deathrow inmates attack or assault us by coming out of there cell's

– 35 –

73. A-days shift came back to work on December 15, 2013. Officer C.O.I T. McCants advised every body on deathrow-Unit-seg Inmates that he was getting ready to start-up the showers

74. Officer T. McCants. started with deathrow inmate Michael MAXWELL #-Z-637 w/m which came-out without any hand-cuff's on or Properly escorted by the Officer's and attacked me "Michael Thomas" AIS No # 219602 and "Levitcus Pruitt AIS No # 217910 by throwing a Liquid substance on us smelled like disinfected

75. Officer T. McCants. ran over to our cell's and asked us both me "Michael Thomas # 219602 And "Levitcus Pruitt #-217910 did deathrow inmate Michael Maxwell #-Z-637 w/m Just clash ya-all with something, we both replied Yes, Officer T. McCants asked us do we want to go to the "infirmary" we both replied Yes, I inmate Michael Thomas # 219602 told Officer T. McCants my eye's was burning..

-26-

76. Officer T. McCants called for Officer Moody to assist him in the escorting of me "Michael Thomas # 219602 to W.C. Holman infirmary, because my vision was blurry and I could not see very-well after deathrow inmate "Michael Maxwell # 2-632 "B/m clashed something into my eye's.

77. I michael Thomas B/m 219602 was seen by nurse, who did a bodychart on me and had my eye's washed out. after this examination of me, officer T. McCant and officer Moody escorted me back to the deathrow-unit and had me placed in the shower to wash my hold body off.

78. I michael Thomas B/m 219602 then was place back on deathrow medical Unit in the Crisis-Suicid-cell # p-3 as instructed by "Lieutenant Gamble

"Leviticus M. Pruitt # 217910 B/m seg/populatus-inmate

79. After I "Leviticus Pruitt # 217910 B/m seen Officer T. McCant and Officer Moody, put inmate michael

Thomas # 219603 b/m back into the cell/or-suicial-
cell # P-3. I "Leviticus Pruitt # 217910 b/m asked
officer T. McCants what about me going to
the W.C. Holman Infirmary for examination as
well because the deathrow inmate threw
something on me when he hit "inmate Thomas
# 219603 b/m

80. Officer T. McCants advised me that, inmate
Pruitt don't worry, you only gotten a little
something of the substance into your nose,
mouth, and only one of your eye's. It's no
big deal for you. Also I don't have time as
I got to write this incident up in a report

81. I Leviticus Pruitt # 217910 b/m ask to speak
to a supervisor on duty. he said, alright but,
she aint going to do nothing for you. I ask
Officer T. McCants just please get her for
me

82. When "Lieutenant Gamble" came to my cell/or-
suicide-cell # (P-3) I Leviticus Pruitt explain
to her what happen, and the fact that the
officer, officer T. McCants didn't get me
medical attention after having something ———>

-28-

thrown on me by an deathrow inmate. the same deathrow inmate Michael Maxwell-z-637 w/m that had thrown the same substance on seg/ population inmate Michael Thomas # 219602 and asked "Lieutenant Gamble" for medical attention because, my Face, eye's, was burning plus I had a little blurry vision in one of my eye's

83. "Lieutenant Gamble" told me, did the Officer take you to the infirmary, I Leviticus Pruitt said "NO" she said, I will check on it, I also explain to her that this is the second incident that has happen to us, and requested to be moved, and was denied, as she stated "inmate Pruitt" I'm not moving you all Period! she then left

84. A-nights shift came on duty at 6:00 pm, supervised Sergeants E. whittle, Andrews, and Mr. Lassiter. Office C.O.2. Moore, as they did a Routine bed check, and left turning off the lights on the deathrow-medical-Unit the inmates on deathrow started back throw- ing burning material

-29-

85. This burning material that the deathrow inmates was throwing start landing inside our cells which the both of us me inmate Pruitt and inmate Thomas had to kick it back out of our cell's. And yelled for the officers. to come help us because our eye's was burning from the smoke and was suffing shortness of breathing ___ but nobody came.

86. Then after awhile Sergeant E. Whittle came with a container of water and putting the fire out that was on the tierd. We both me inmate Pruitt and inmate Thomas asked Sergeant E. Whittle what about our cell's that had fire in it...

87. Sergeant E. Whittle, stated thats the both of you all Problem NOT mine. I am only con-cern about the fire thats on the tier. She continue stating you all not suppose to be on the deathrow medical unit, anyways. You and inmate Thomas should have been in a stripped cell back within the regular inmate seg/population. She then left out the deathrow area.

_30_

88. The deathrow inmates on the medical Unit. thats in segesgated kept on throwing Fire-material, and stating comments no such. we keep to keep on doing this, until the Officeo get you all off this Unit on deathrow...

89. Officer C.O.1. Moore came with an Fire-extin'guisher and start spraying it every where, then he walked off of death-row medical Unit and turn off the lights

90. I Leviticus Pruitt # 217910 %/m and Michael Thomas # 219607 %/m started yelling for an Officer to take us to the infirmae because our chest was hurting so we could not breath

91. As the nurse and the seageant Andrews, came on the deathrow medical Unit, I Leviticus Pruitt # 217910 %/m told the nurse when they came for the 2:30Am pill-call I cannot breath from the smoke and need a body-chart and to be examine

-31-

92. I Leviticus Pewitt # 217910 % also advised
the nurse and Sergeant Ammons. it hurts to
breath, as I have a strong headache, from
the smoke and from the "chemicals" from
fire 'extin'guisher when officer C.O.I. moore
put the fire out

"Michael Thomas # 219668
regular seg/population inmate

93. I Michael Thomas # 219668, advised the
nurse and sergeant Ammons. it hurts to
breath, and I have a strong headache, from
the smoke and from the "chemicals", as we
both inmate Pewitt probably getting effected
by "the smoke of the fire and "chemicals
of the fire 'extin'guisher and need to be
examine

"Leviticus Pewitt # 217910 %
regular seg/population inmate

94. After we explain to the nurse and sergeant
Ammons. the nurse advised Sgt. Ammons to
bring us to the infirmary, but we was
never taking to infirmary by no officer
or supervisor that night... -32-

95. On December 16, 2013 B-Days captain Ms Howard came to our crisis-cells office reporting of the record of what happed to us over the weekend, we explain to her, also of what happed, she stated when something happed the first time the officials should have moved you all to D-side or back to your own segregation cell's and just stripped you all of your belongings... They the sergeants or the lieutenant didn't call me to inform me about this problem, if I have been informed, I would have instructed them to move you all but they don't have to await for me to instructed them. They could have done it themselves and talk to me about it when I got back... Wote Inmate Leytijua Pourte, and Michael Thomas I take full responsibility for my officers and what happed to you all, but my question to you all, is who did sergeants Browning, E.whittle, Langster take you to the infirmacy, and when you all got burn did Lieutenant Gamble and Sgt Funston take picture of you all injuries. We told her "NO"

_33_

96. Captain Mr. Howard told us verbally
after all I think it's a bad ideal for
mental Health Supervisor "Lestesh Dodd"
etc to Put regular seg/population down
here on deathrow - medical Unit amongst
deathrow inmates, as Yall are not supposed
to be around - deathrow inmates anyways
at this bee) goins on before I got here.
I know if we can strip Yall outto
Yur segregation - seg cell's within the
segregation Unit for throwing something
"We can do the same "for when a regular
seg/population inmate when he states
he has suicide thoughts, but this been
the Practice of the mental Health staff,
and the officials believe me, I am Just
Following Protocol in the matter ......
I Leviticus Pruitt and Michael Thomas told
her that us our life's inDanger by being
on deathrow, Captain Mc Howard told
us. I am going to move Yall on the C-
side - and to have Yall escorted to the
infirmary for bodycharts right now ....

-34-

97. We also informed Captain No. Howard that death-row inmate Derrick DeBouse was wrote-up by Officer Moody, as the Officials on duty and Officer Moody didn't move us, as this deathrow inmate was throwing burning material at us

98. Captain No. Howard stated that (she is going to check into everything what all happened over the weekend, and to see why Officials on duty didn't move us, when deathrow inmates was setting the fires, and to check into as to why Sergeant Ammons, and Sergeant Lavoisie didn't provide you all Properly medical treatment when you all gotten burned by deathrow inmate Michael Maxwell-2-639 W/m, and as to why you all didnot or wasn't moved to prevent further harm done, as this same inmate harmed you all again by throwing something on you all.

99. Captain No. Howard order Officer T. McCants and Officer N. Montgomery to take us to the W.C. Holman Infirmary for body-chants of everything, then had me "Leviticus Pruitt # 219910 W/m and "Michael Thuring # 219608 W/m Place on the cQ order behind deathrow-medical-unit-areas Captain No. Howard then took pictures of our injuries

-35-

100. We was then taking back to our addiew segregation-SEG-Unit-Cell's within the Holman segregation Unit, we told Captain Mr. Howard that we continue to suffer Pain in our Lungs from in-haleing the smoke, we was still haveing Pain blow our bodies from being set on Fire, and haveing some burning systems from being clashed in the Face, Nose, Eye's, by deathrow inmate Maxwell -z-637 w/m, the Captain told us she will try to get us seen by the medical staff

101. I "Leviticus Pruitt # 217910 b/m talk to mental Health-audience Ms. "Lesleigh Dodd" and told her what happen to me, do to her colien of haveing me Place on deathrow-medical-unit within an suicidal-crisis-cell, she advised me that was a security Problem not her Problem, I told her that I am haveing Night-mare's about what happen to me on death-row-medical-unit and beins traumatize about this hold-things setten burned etc and ask her for help go to my mental-condition and was denied, as she stated "you should not have stated you haveing "suicidal thoughts and told the Officer to take me back to my seg/cell      .36´

"michael Thomas" AIS No: 219602
Regular seg/population

102. I michael Thomas # 219602 B/m talk to
mental-Health-supervior Mrs. "Lesleish Dodd"
and told her what happen to me on deathrow
medical-Unit. do to her action of having
me Place on deathrow-medical-Unit with
suicidal-Psyco-cell. she also told me that
a security issue and that I need to
addressed it with the "Captain". I told
her that I am very depressed as to what
happen to me on the deathrow-medical-
Unit and that my behavior has resulted
with me lashing out on myself and the
People around me. and I have been traumatize
as to what happen to me on deathrow-
medical-Unit. she denied me medical
attention and told me I will be okay
and to learn to deal with Pain. on
February 4th, 2014 after informing Mrs. Lesleish
Dodd what happen to me here while being
on deathrow-medical-unit amoungst deathrow
inmates, "Mrs. Lesleish Dodd" had me Place
back down on deathrow-medical-Unit"

-37-

103.. As a result of these incidents, "Leviticus Pruitt #217910 B/m. On February 6th 2014 during a sick-call examination with the sick-call nurse on duty, had explain to Mr. Pruitt that its un-recorded of body-charts being done on him re the burned injuries he suffer, or no referrals to the doctor. As nurse Mr. Dixion refer the Plaintiff no nurse Mr. Walls, did the bodycharts on both Plaintiffs Leviticus Pruitt #217910 B/m and Michael Thomas #219602 B/m, if as if the Officials is trying to cover they tracks by not having inmate Pruitt medical-information of him being examine.... Both of the Plaintiff's has Permanent burned scarring on they legs, Foots, Plus "have suffer burning noted in, eye's, after being dashed with an liquid substance. in the Face, eye's body, mouth, that was burning, by deathrow inmate, Michael Maxwell -2-637 W/m," Plus have and suffer a numb feeling in they leg's after being "burned" by, deathrow inmate. The Plaintiff's both continue to suffer frequent headaches, nightmares, about the assault, and psychological trauma

-38-

**XX.** "ONGOING SUBSTANTIAL RISK TO"
SERIOUS HARM

104. DESPITE the incidents described above, the Plaintiff's safety at W.C. Holman Correction Facility has not improved. After michael Thomas #219602 %m and Leviticus Paul #217910 %m put mental Health Supervisor MS. "Leoleigh Dodd and Captain Mrs. Ronzella Howard on notice, before and after the incident of both Plaintiffs getting assaulted by deathrow-inmates on the deathrow-medical Unit. defendants still put "michael Thomas # 219602 %m on deathrow-medical-Unit amoungst deathrow inmates on February 4th, 2014......
Defendants continue to Practice these dangerous conditions by Exposing seg/population inmates on the deathrow-medical-Unit. amoungst deathrow-inmates, and General Population inmates that report that they previous "suicidal thoughts". If General Population inmates report suicidal thoughts defendants will also Put these inmates place with deathrow inmates, on the deathrow-medical Unit... As a result of defendants Failure to Protect seg/population inmates and General Population inmates, Plaintiff being place on death-row-medical-Unit amoungst deathrow-inmates →

-38-

the Plaintiff's will continue to Fear for they "health and safety" at W.C Holman Prison, the relief that the Plaintiff's Leviticus Pewitt #219940 B/m and Michael Thomas #219609 B/m seek to essentially an order compelling defendants to to perform their preexisting duties under the United States Constitution and monetarily damages by the assaulted, and to stop the Practice of housing ses/population inmates, General Population inmates on deathrow – medical-unit amungst-deathrow inmates within the suicidal-camera-cell's before death occur.... As Inmate "Marcus Palmee" 209502 indicate that defendants can house suicidal cell's in the regular/segresate Population Unit, As Mr.Dodd signed his cell#M-18 As she informed Official to do. December 15, 2013 without Putting him on deathrow medical-unit As she Mr.Dodd stated for security reasons see: Inmate Marcus Palmer # 209502 Affidavit, and Charles W.Cunningham # #198686...

-40-

## "Exhaustion"

105. Plaintiff's had Put Officials on Notice Verbally they not suppose to be amungst deathrow inmates. Upon information and belief. defendants own Policy states that the General Population and Seg/Population inmates are seperated from deathrow-medical Unit and deathrow inmates. Plaintiff's state the Alabama Department of Corrections doesn't have a Grievance Procedure or exhaustion Process in AL.D.O.C...

V. Causes of Action

Plaintiff's support the following claims by reference to the Previous Paragraphs from 19 Nineteen to 104 of this complaint

-41-

"COUNT ONE"

106. The deliberate indifference of all defendants to the substantial risk of serious harm by having "both regular seg/General Population inmates Leviticus Pruitt # 217910 B/m and "Michael Thomas # 219608 B/m housing them on deathrow-medical-Unit exposing them amongst deathrow inmates, as both inmates suffer an assault while on deathrow, as deathrow is seperated from seg/General Population inmates. constitutes Cruel and Unusual Punishment of the Eighth Amendment and they rights under the due Process Clause of the Fourteenth Amendment to the United States Constitution and state law.

"COUNT TWO"

107. Defendants Sergeant Ammons and Sergeant Lassiter "Failure-to-Protect" Leviticus Pruitt and Michael Thomas, as deathrow inmates informed both sergeants to move seg/population inmates to an different-Unit, as both sergeants refused to do, that resulted in both inmates getting set on fire by deathrow inmate Michael Maxwell-Z-637 B/m constitutes Cruel and Unusual Punishment of the Eighth Amendment and Violation

-42-

of they rights under the due Process clause
of the Fourteenth Amendment to the United
States Constitution and State Law

" COUNT THREE "

108. The Failure of Sergeant Ammons and Sergeant
Lassiter to Provide medical Treatment after
"Levitcus Pruitt # 217910 B/m and "Michael Thomas
# 219602 B/m "repeatedly" notice after getting
burned with Fire by deathrow inmate "Michael
Maxwell # -Z-637 W/m. As Sergeant Ammons
stated to both inmate Pruitt and inmate
Thomas "you all will be okay" as Sergeant
Ammons left out the deathrow Unit constitutes
intentionally deny or delay access to medical
care violate the constitution of Eighth and
the Fourteenth Amendment to the United
States Constitution . . . . . .

-43-

"Count Five"

109. Defendants Lieutenant Gamble and Sergeant D. Fountain "Failure-to-Protect" inmates Leuthric Pruitt #217910 B/m and Michael Thomas #219602 B/m after both inmates put officials on notice to an known substantial risk of serious harm, asking to be move to a different Unit, after being set on fire by inmate, Michael Maxwell-2-639, and was "denied of they request to be moved and was "Later on clothed in the face, eye's, mouth, and body with some liquid substance by clothed inmate Michael Maxwell-2-639 constitutes cruel and unusual punishment of the "Eighth Amendment" and Violates of they rights under the due Process clause of the Fourteenth Amendment to the United States Constitution and state Law

-44-

"COUNT FIVE"

110. The Failure of "Lieutenant Mc. Gamble and Officer T. McCants. to Provide medical treatment after inmate Leviticus Pewitt # 217910 B/m — "Repeatedly asked For medical attention and was denied his request after being dashed with a burning liquid-substance that was burning his eye's, nose, and body, as officer T. McCants stated "Pewitt you will be okay" "constitutes intentionally deny or delay access to medical care violate the constitution of the "Eighth and Fourteenth Amendment to the United States Constitution

"COUNT SIX"

111. Defendants Officer T. McCants and Officer Moody "Failure-to-Protect" Leviticus Pewitt # 217910 B/m and "Michael Thomas # 219602 B/m, as deathrow inmate Michael Maxwell #2-639 W/m came-out-of his seg cell "un-supervise, un-handcuffed without Properly being escorted an-assaulted inmate Pewitt and inmate Thomas by dashing a burning liquid-substance into the face, eye's, body of both inmates, constitutes violation of Eighth and Fourteenth Amendment to the constitution of the United States and State Law

-45-

"COUNT SEVEN"

112. THE continue of defendants "Lesleigh Dockl" and captain Ms. Ronzella Howard deliberate indifference by having actually knowledge of substantial risk of serious harm, by Putting "Michael Thomas # 219602 B/m back on deathrow-medical unit February 4th 2014 as both inmates Michael Thomas # 219602 B/m and Levitcus Pruitt # 217910 B/m Put them on notice After the incident happed on deathrow-medical Unit with Michael Maxwell-2-632 W/m constitutes cruel and Unusual Punishment of the Eighth Amendment and his rights under the due Process clause of the Fourteenth Amendment to the United States Constitutes and State Law

## "Count Eight"

113. The Failure of "Leskish Dadd" to Provide Medical-Care For "Leviticus Pruitt #219910 b/m And "Michael Thomas #219602 b/m after both inmates informed mental Health-supervisor of they systems and having nightmares and being traumatize as to what happed to them both on deathrow-medical-Unit while inside colors-suicide-cell-under "Ms. Dodd" orders as she stated "You shouldn't have said you having "suicidal Thoughts," Leave to deal with Period, constitutes intentionally deny due delay access to medical-Care, violatio of Eighth and Fourteenth Amendment to the United States Constitutio

114.   The Plaintiff's has no Plain, adequate or complete remedy at Law to redress the wrongs described herein, The Plaintiff's also respectfully request this honorable Court Certify the Complaint as a Class Action Law-suit; The Plaintiff's has been and will continue to be irreparable injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which the Plaintiff's seeks......

-47-

## "VI Prayer For Relief"

Wherefore Plaintiff's respectfully Prays that this honorable court:

1. Declare that the acts and omissions described herein violated the Plaintiff's rights under the constitution and Laws of the United States...

2. Enter Preliminary and Permanent injunctions ordering all defendants Listed within this Complaint their successors, Agents, Employees, and all persons acting in concert with them to Protect the health & Safety of Leviticus Pruitt # 217910 b/m and Michael Thomas # 219609 b/m by not Exposing them to dangerous Conditions as to housing them on deathrow - medical-Unit in suicide-crisis-cell's amongst deathrow inmates. and for defendants to stop the continue of this Practice... To allow the Plaintiff's get the Proper medical-care attention for they injuries that's named in the Complaint and the Proper mental Health treatment do to the incidents they suffer as they are traumatize by this hold incidents. and to be treated for they "Lungs to be examine by doctor for "Asbestos etc....

-48-

To submitt all Policy's as to Verifying as to deathrow inmates being segregated from segregatid-seg/population inmates, and from the General Population inmates, as is or does this Policy states that deathrow inmates can, be housd segregatid-seg/population inmates and to house segregatid-seg/population amongst deathrow inmates on the deathrow-medical-Unit in suicide-observe cell's and if these cells made for deathrow inmates only ___ as the Policy States....

To submitt all Log's as to the dates and times as both inmates being on deathrow-medical Unit, and the Log's as to the times, both in-mate went to W.C. Holman infirmary for bodycharts or setting him with Fire etc. etc. all and investigatid into Febuary 6th 2014 as the sickcall nurse explain to inmate thrift its no recorded of body-charts of him, investigatid as the recorded and arround all Log's made from the officer, that was on duty in the Cubical the date both inmates went to hospital for injuries while they was on deathrow-medical Unit in the suicide

-49-

cell's any and all Pictures taking by captain Mr. Howard, and the report of her final investigate into the business of both inmates by _Michael Maxwell - 7 - 1637_ etc ... All this to be submitted to the court

3. Enter Judgment in favor of _Plaintiff's_ fee $ _350,000_ _00_ against Each defendants Jointly and severally _as to compensatory damages_

_Punitive damages_ in the amount of $ _150,000_ _00_ against each defendants Jointly and severally

_Survival damages_ in the amount of _$20,000_ _00_ against each defendants Jointly and severally

4. _Federal Investigate_

5. A Jury trial on all issues triable by Jury

6. _Plaintiff's_ cost in this Suit

7. any additional relief this court deems Just, Proper and Equitable

-5°-

DATED: 1-31-14

Respectfully submitted,

x Leviticus M. Prewitt #217910 B/m

x Michael O. Thomas #219602 B/m

W.C. Holman Correction Facility
Holman-3700
Atmore, Alabama 36503
Segregation Bes-Facility

"Verification"

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Sworn, to and subscribed before me, that I certify, verify and State, in person a notary Public, on this ___31___ day of JANUARY 2014....

My Commission Expires May 7, 2016

Loretta Howard
NOTARY

COMMISSION EXPIRES


51

JANUARY 31, 2014

Roswell Howard
NOTARY PUBLIC

My Commission Expires May 7, 2016

MY COMM EXP

1. Leviticus M. Pruitt # 217910
   AFFIANT

2. Michael D. Thomas # 219602
   AFFIANT

signature

1. Leviticus M. Pruitt # 217910

2. Michael D. Thomas # 219602

W.C. Holman-Correction Facility
Holman - 3700
Atmore, Alabama
              36503-3700

segregation - Seg - Lock-up

CC
29 - 50



Michael D. Thomas # 217603 Seg-Cell # K-61

Levticous M. Pruitt # 217910 Seg-Cell # K-64

W.C. Holman-Correction Facility

Holman-3700

Atmore, Alabama

36503-3700

CERTIFIED MAIL

7009 0080 0001 8471 4393

February

U.S. POSTAGE PAID
ATMORE, AL
36502
FEB 20, 14
AMOUNT
$0.00
00030511-03

1006      36602

UNITED STATES POSTAL SERVICE

TRACKED ★★★ INSURED ★

UNITED STATES POSTAL SERVICE

"Legal Correspondence:
Do Not Open
Except Addressee
Only

TO: United States District Court
Southern District of Alabama
"Clerk"
113 ST. Joseph Street
Mobile, Alabama
36602